IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**NIT WANG,**

                   **Plaintiff,**                **4:13CV3161**

     **vs.**

**NEBRASKA PUBLIC POWER**                **ORDER**
**DISTRICT (NPPD),**

                   **Defendant.**

     This matter is before the court on the plaintiff's request for issuance of a subpoena requiring production of documents, which was received by the court on March 24, 2014. The court held a telephonic hearing on the matter on April 3, 2014, with Nit Wang representing himself and David R. Buntain and David G. Dales representing the defendant. The plaintiff seeks copies of all records and recordings from the Nebraska Equal Employment Commission regarding his charge and amended charge for discrimination, NEB 1-12/13-9-43561-RS, 32E-2012-00701. The defendant does not oppose such discovery, which appears relevant and necessary to the parties' claims and defenses. Accordingly,

     **IT IS ORDERED:**

     1.    The plaintiff's request for issuance of a subpoena requiring production of documents from the Nebraska Equal Employment Commission is granted as set forth herein.

     2.    The Clerk of Court shall mail a copy of this order to the Nebraska Equal Employment Commission, Nebraska State Office Building, PO Box 94934, Lincoln, NE 68509-4934.

     **IT IS FURTHERED ORDERED:**

     1.    **On or before May 1, 2014**, the Nebraska Equal Employment Commission shall produce copies of all records and recordings from its file related to the plaintiff's charge and amended charge for discrimination, NEB 1-12/13-9-43561-RS, 32E-2012-00701.

2. The Nebraska Equal Employment Commission shall mail of copy of such records to each the plaintiff and the defendant at the following addresses:

| | |
|---|---|
| Nit Wang<br>9058 Allison Court<br>Westminster, CO 80021 | David R. Buntain<br>Cline, Williams Law Firm<br>233 South 13th Street<br>1900 US Bank Building<br>Lincoln, NE 68508-2095 |

Dated this 4th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge