IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**NIT WANG,**

        **Plaintiff,**

vs.

**NEBRASKA PUBLIC POWER DISTRICT (NPPD),**

        **Defendant.**

**4:13CV3161**

**ORDER**

This matter is before the court on the defendant's letter motion regarding the place of trial (Filing No. 18) and the plaintiff's response (Filing No. 19). The court held a telephonic hearing on the matter on April 3, 2014, with Nit Wang representing himself and David R. Buntain and David G. Dales representing the defendant. The plaintiff initially filed this case selecting Lincoln, Nebraska, as the place of trial. **See** Filing No. 1. The defendant agreed the trial should be in Lincoln. **See** Filing No. 11. The plaintiff now seeks to have the trial held in Omaha, Nebraska. Accordingly,

    **IT IS ORDERED:**

    1.    The defendant's letter motion regarding the place of trial (Filing No. 18) is denied as moot.

    2.    The plaintiff shall have to **on or before April 15, 2014**, to file a motion to change the place of trial to Omaha, Nebraska, in accordance with the Civil Rules of the United States District Court for the District of Nebraska (NECivR) 40.1(b). The plaintiff shall file a brief and an affidavit in support of his motion, as appropriate, in accordance with NECivR 7.1(a).

    3.    The defendant shall have to **on or before April 30, 2014**, to file a response to the plaintiff's motion.

    4.    The plaintiff shall have to **on or before May 12, 2014**, to file a reply, in accordance with NECivR 7.1.

Dated this 4th day of April, 2014.

BY THE COURT:
s/ Thomas D. Thalken
United States Magistrate Judge