IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NIT WANG,** | |
| Plaintiff, | 4:13CV3161 |
| vs. | |
| **NEBRASKA PUBLIC POWER DISTRICT,** | ORDER |
| Defendant. | |

This matter is before the court in relation to the plaintiff's January 26, 2015, notice indicating his request for the court to consider a Nuer interpreter. **See** Filing No. 51. The court will resolve the issues related to the defendant's February 9, 2015, Motion in Limine to exclude five of the plaintiff's witnesses at the conclusion of briefing for that motion. **See** Filing No. 52. However, the witnesses who are subject to the motion are witnesses who may need a language interpreter for trial in this matter.

Generally, in civil proceedings not initiated by the government, the parties are responsible for securing their own interpreters. 28 U.S.C. § 1827; **see** Guide to Judicial Policy, Vol. 5, Ch. 2, § 260. The rule is the same for parties represented by counsel and for pro se parties, even those proceeding in forma pauperis. Only under "limited circumstances when no other options are available" is the judiciary allowed to provide interpreter services with a prepayment of the estimated expense or "on a cost-reimbursable basis." 28 U.S.C. § 1827(g)(4); Guide, Vol. 5, Ch. 2, § 265.

To the extent the plaintiff's January 26, 2015, notice, indicating his request for the court to consider a Nuer interpreter, constitutes a motion to make a Nuer interpreter available for use at trial without cost to the plaintiff, the motion is denied, without prejudice. The plaintiff fails to show circumstances present authorize the court to provide such services.

In any event, if either party seeks to locate or employ a qualified interpreter for trial, the Nebraska Supreme Court's website lists interpreter coordinators for the state's judicial branch:

https://supremecourt.nebraska.gov/4859/interpreter-project/index.shtml?sub10=

Additionally, if either party is otherwise unable to locate a well-qualified court interpreter, either may contact Laura García-Hein, JD, LLM, Federal Court Certified Interpreter, at (402) 661-7307, for additional assistance.

**IT IS SO ORDERED**.

Dated this 11th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge