```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA


NIT WANG,                       )
                                )
            Plaintiff,          )         4:13cv3161
                                )
    vs.                         )         JUDGMENT
                                )
NEBRASKA PUBLIC POWER           )
DISTRICT,                       )
                                )
            Defendant.          )
```

This action came on for trial before the court and a jury, The Honorable Joseph F. Bataillon, Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict;

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing; that the action is dismissed on the merits with prejudice, and that the defendant, Nebraska Public Power District, recover of the plaintiff, Nit Wang, taxable costs of this action, with interest thereon at the rate of .27 percent per annum.

Dated at Lincoln, Nebraska, this 3rd day of April, 2015.

                          DENISE M. LUCKS
                          Clerk of the Court


                                  s/ Colleen C. Beran
                          By  _____
                                    Deputy Clerk