IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NIT WANG | ) | Case No.   4:13CV3161 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| NEBRASKA PUBLIC POWER | ) | |
| DISTRICT (NPPD) | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on February 8, 2017 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Trial Exhibits, Jury Trial held March 30-31, 2015 and April 1, 2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   February 9, 2017

BY THE COURT

s/ **Joseph F. Bataillon**
United States District Judge